SO ORDERED: April 8, 2016.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In re: )<br>MARK A. COULTER, )<br>        Debtor )<br>_____) | Case No. 15-91192-BHL-13 |
| )<br>INDIANA DEPARTMENT OF )<br>WORKFORCE DEVELOPMENT, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>MARK A. COULTER, )<br>        Defendant. )<br>_____) | Adv. No. 15-59047 |

**JUDGMENT**

This matter was initiated by the filing of a Complaint on October 28, 2015, by the Indiana Department of Workforce Development ["Department"] alleging a nondischargeable debt of Twenty-Seven Thousand Seven Hundred Fifty-One and 94.100 Dollars ($27,751.94) under 11 U.S.C. § 523(a)(2)(A) which is comprised of unemployment benefit repayment obligations as well as penalties, interests and costs.

Having come before the Court on the parties' competing Motions for Summary Judgment, and the Court, having this day entered an Order denying Defendant's Motion for Summary Judgment and granting Plaintiff's Motion for Summary Judgment, now finds that judgment should be, and accordingly is, entered in favor of the Plaintiff, Indiana Department of Workforce Development.  Based upon the undisputed facts, the Court finds that unemployment benefit repayment obligations, penalties, and interest are hereby excepted from discharge by virtue of section 523(a)(2)(A) but, there being no statutory basis for the award of fees and costs, such claim is denied.

**IT IS SO ORDERED AND ADJUDGED.**

###